# DILKS & KNOPIK, LLC

"When Success Matters"

December 6, 2010

United State District Court
Southern District of Texas
Attn: Intake
PO Box 61010
Houston, TX 77208

United States District Court
Southern District of Texas
FILED

DEC 27 2010

David J. Bradley, Clerk of Court

RE: Application for the Release of Unclaimed Funds

Dear Sir or Madam:

I am applying to the US Bankruptcy Court, Southern District of Texas for the release of the unclaimed monies due and owing to Van Ekris for the amount of $12,981.31. This is from the Bankruptcy of North American Warehouse, Inc. and Case No. 00-32608-H3-7.

Thank you for your attention to this matter.

Sincerely,

Brian J. Dilks
Managing Member

1760 Newport Way NW
PO Box 2728
Issaquah, WA 98027

Phone  (425) 836-5728
Fax     (425) 650-9930
Email   admin@dilksknopik.com

www.dilksknopik.com