

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/03/2011

IN RE: § Case No. 00-32608-H5-7

North American Warehouse Inc

Debtor §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. 59 ) is denied for the following reason(s):

1. __X__ Applicant's signature is not notarized.

2. __X__ Amount being requested is not the amount deposited on behalf of the original claimant.

3. __X__ Application was not served on U.S. Attorney and U.S. Trustee.

4. __X__ Proposed Order not filed by applicant.

5. __X__ Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. _____ Other:

Signed  JAN 0 3 2011 .

_____
United States Bankruptcy Judge

# DILKS & KNOPIK, LLC

"When Success Matters"

December 6, 2010

United State District Court
Southern District of Texas
Attn: Intake
PO Box 61010
Houston, TX 77208

United States District Court
Southern District of Texas
FILED

DEC 27 2010

David J. Bradley, Clerk of Court

RE: Application for the Release of Unclaimed Funds

Dear Sir or Madam:

I am applying to the US Bankruptcy Court, Southern District of Texas for the release of the unclaimed monies due and owing to Van Ekris for the amount of $12,981.31. This is from the Bankruptcy of North American Warehouse, Inc. and Case No. 00-32608-H3-7.

Thank you for your attention to this matter.

Sincerely,

Brian J. Dilks
Managing Member

1760 Newport Way NW      Phone  (425) 836-5728
PO Box 2728              Fax    (425) 650-9930
Issaquah, WA 98027       Email  admin@dilksknopik.com

www.dilksknopik.com