

UNITED STATES BANKRUPTCY COURT            SOUTHERN DISTRICT OF TEXAS

ENTERED
07/06/2011

IN RE:

North American Warehouse, Inc.

    (Debtor),

BANKRUPTCY CASE NUMBER
00-32608-H3-7

#62

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Van Ekris, in the amount of $12,981.31, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on September 20, 2006 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Balmac International Inc. c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $12,981.31 to Dilks & Knopik, LLC and Balmac International Inc. at the following address:

P.O. Box 2728,
Issaquah, WA 98027-0125

Dated: JUL 0 6 2011

UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98